UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4003
_____

PAUL GALLUP,

        Appellant

v.

CLARION SINTERED METALS, INC;
HOWARD H. PETERSON; BENJAMIN F. MARZELLA
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 08-cv-00195)
District Judge:  Honorable Sean J. McLaughlin

_____

No. 11-4004
_____

JANICE CASOLO,
Individually and as administrator of the Estate of Joseph M. Casolo, Deceased,

        Appellant

VALERIE ANN KELLY*

v.

CLARION SINTERED METALS INC;
HOWARD H. PETERSON; BENJAMIN F. MARZELLA

*Substituted Pursuant to 43(a)
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania

(D.C. No. 08-cv-00281)
District Judge:  Honorable Sean J. McLaughlin

_____

Submitted Under Third Circuit LAR 34.1(a)
July 10, 2012

Before:  FUENTES, HARDIMAN, and ROTH, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on July 10, 2012.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the Western District of Pennsylvania entered September 30, 2011, be and the same is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.

Costs taxed against Appellants.

ATTEST:


/s/ Marcia M. Waldron
Clerk

Dated: July 26, 2012

Certified as a true copy and issued in lieu of a formal mandate on  08/28/12

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2